```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                       -v-                                   :      1:19-cr-839-GHW
                                                             :
                                                             :
    MIGUEL CESPEDES,                                         :           ORDER
                                                             :
                                          Defendant.         :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on February 11, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 8, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge