USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
  UNITED STATES OF AMERICA,         :
                                           :
                                           :
               -v-                      :         1:19-cr-839-GHW
                                           :
  MIGUEL CESPEDES,                  :         <u>ORDER</u>
                                           :
                                  Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has received Defendant's sentencing submissions, Dkt. No. 18. The Government is directed to file its sentencing submissions no later than February 28, 2022. Sentencing is rescheduled for March 4, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 21, 2022
      New York, New York

                                                                   _____
                                                                      GREGORY H. WOODS
                                                               United States District Judge