```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
              -against-                                            :
                                                                   :
MIGUEL CESPEDES,                                                   :
                                                                   :
                            Defendant.                             :
                                                                   :
------------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  3/8/2022 |

19-CR-839-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 20818-006, has been sentenced principally to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: March 8, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge